Michael A. BAILEY,[1] Petitioner Below, Appellant,

v.

1. By Order dated April 1, 2016, this Court sua sponte assigned pseudonyms to the parties. Del.Supr. Ct. R. 7(d).

Jackie J. JACKSON, Respondent
Below, Appellee.

No. 165, 2016

Supreme Court of Delaware.

Submitted: April 19, 2016

Decided: June 10, 2016

Court Below—Family Court of the State of Delaware in and for New Castle County, File No. CN08–05031, Pet. Nos. 15–01051, 14–34742

DISMISSED.